IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN RIVERS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-0097 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) Hon. Dabney Friedrich |
| Defendants. | ) |

## JOINT STATUS REPORT

The Parties in this case, Plaintiffs American Rivers *et al.* and Defendants U.S. Environmental Protection Agency *et al.* ("EPA"), with the agreement of Plaintiffs, hereby provide a joint status report as instructed in the Court's Minute Order of May 14, 2021. EPA requests that the Court place this case in abeyance through October 1, 2021 (approximately 60 days) while EPA reviews the letter at issue in this case for consistency with the President's Executive Order on "Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis," published at 86 Fed. Reg. 7,037 (Jan. 25, 2021) ("Health and Environment EO"). Counsel for EPA has conferred with the other parties, and is informed that Plaintiffs do not oppose this request.

1.      In this case Plaintiffs seek review of statements in a cover letter that transmitted EPA's technical comments on a draft supplemental environmental impact statement being prepared by the U.S. Army Corps of Engineers for a proposed pumping project in the vicinity of Vicksburg, Mississippi known as the Yazoo Area Pump Project ("Letter").  Ex. A, Letter dated November 30, 2020, from Mary S. Walker, Administrator, EPA Region 4, to Col. Robert A. Hilliard, U.S. Army Corps of Engineers.

2.      As the Court is aware, a new Administration took office on January 20, 2021, and that same day, the President signed the Health and Environment EO which establishes a policy

> to listen to the science; to improve public health and protect our environment; to ensure access to clean air and water; to limit exposure to dangerous chemicals and pesticides; to hold polluters accountable, including those who disproportionately harm communities of color and low-income communities; to reduce greenhouse gas emissions; to bolster resilience to the impacts of climate change; to restore and expand our national treasures and monuments; and to prioritize both environmental justice and the creation of the well-paying union jobs necessary to deliver on these goals.

86 Fed. Reg. 7,037. To that end, the order directs federal agencies to "immediately review" and, as appropriate, address actions from the last four years that conflict with that policy.  *Id.*  This case initially was held in abeyance until July 10, 2021, to facilitate that process.

3.      Consistent with the Health and Environment EO, EPA is continuing to review the Letter and is engaged in ongoing discussions with other interested

federal agencies and their own new senior agency personnel.  These discussions have proven to be more complex and time-consuming than EPA originally anticipated, however the Agency anticipates that they can be completed by October 1, 2021.

4. EPA therefore believes, and Plaintiffs agree, that it would be most appropriate to hold this case in abeyance through and including October 1, 2021. Abeyance is warranted here because courts have long recognized that agencies have inherent authority to review their past decisions.  *See, e.g.*, *Nat'l Ass'n of Home Builders v. EPA*, 682 F.3d 1032, 1038, 1043 (D.C. Cir. 2012) (explaining that an agency's "reevaluation of which policy would be better in light of the facts" is "well within" its discretion and that a change in administration is a "perfectly reasonable basis for an executive agency's reappraisal of the costs and benefits of its programs and regulations.")

5. Abeyance would also preserve resources both for the parties and the Court.  It is possible that after its review, EPA could take further action that may obviate the need for judicial resolution of some or all the disputed issues. Nonetheless, Plaintiffs believe that a deadline of October 8, 2021, should be established by which EPA must respond to the Complaint in order to ensure that the case moves forward if EPA decides not to take further action with respect to the Letter.  EPA does not object to establishing that deadline.

6. No party would be prejudiced by an abeyance and subsequent response deadline. No schedule has been established to date, and the Parties are in agreement. Moreover, the Parties' and the Court's time and resources also would be best conserved by holding this case in abeyance until October 1, 2021.

7. If EPA decides to revise or reconsider the Letter, EPA will notify the Court immediately.

For the foregoing reasons, the Parties respectfully request that the Court hold this matter in abeyance through and including October 1, 2021, and establish an October 8, 2021, deadline by which EPA must respond to the Complaint.

Dated:  August 4, 2021                    Respectfully submitted,

                                         */s/ Heather E. Gange*
                                         HEATHER E. GANGE
                                         D.C. Bar No. 452615
                                         Environmental Defense Section
                                         U.S. Department of Justice
                                         P.O. Box 7611
                                         Washington, DC 20044
                                         (202) 514-4206

                                         *Counsel for Defendants*

        */s/ Stuart C. Gillespie* (by permission)
Stuart C. Gillespie (CO Bar No. 42861)
(*pro hac vice pending*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 996-9616
sgillespie@earthjustice.org

*/s/ Sharmeen Morrison* (by permission)
Sharmeen Morrison (NY Bar 5759907)
Jill Heaps
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
Tel.: (212) 845-7376
jheaps@earthjustice.org
smorrison@earthjustice.org

*Counsel for Plaintiffs American Rivers, National Audubon Society, Sierra Club, and Healthy Gulf*

  */s/ Anna Sewell* (by permission)
Anna Sewell (D.C. Bar No. 241861)
Earthjustice
1001 G St. NW Suite 1000
Washington, DC 20001
Tel.: (202) 667-4500 ext. 5233
asewell@earthjustice.org

*Local Counsel for Plaintiffs American Rivers, National Audubon Society, Sierra Club, and Healthy Gulf*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                 /s/ Heather E. Gange  
                                                 Heather E. Gange