# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN RIVERS, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:21-cv-0097 |
| ) | |
| v. ) | Hon. Dabney L. Friedrich |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.* ) | |
| ) | |

## NOTICE OF ACTION SUPERSEDING CHALLENGED ACTION

Defendants the United States Environmental Protection Agency and Michael S. Regan in his official capacity as Administrator thereof ("EPA") hereby provide notice that on November 17, 2021, EPA signed the attached letter that, among other things, formally supersedes portions of the November 30, 2020 letter at issue in this case. *See* Exhibit A, Letter dated November 17, 2021, from Radhika Fox, Assistant Administrator of the U.S. Environmental Protection Agency, to the Hon. Jaime A. Pinkham, Acting Assistant Secretary of the Army (Civil Works).

                                              Respectfully Submitted,

                                              United States Department of Justice
                                              Environment & Natural Resources Division

Dated: November 17, 2021           /s/ Heather E. Gange
                                              HEATHER E. GANGE
                                              D.C. Bar 452615
                                              Environmental Defense Section

P.O. Box 7611
Washington, DC 20044
Tel. 202.514.4206
Fax. 202.514.8865
Heather.Gange@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 17th day of November 2021, I electronically filed the foregoing through the CM/ECF system which caused all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

           /s/ Heather E. Gange
HEATHER E. GANGE
United States Department of Justice
Environment and Natural Resources
   Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel. (202) 514-4206