# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN RIVERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> BOARD OF MISSISSIPPI LEVEE ) <br> COMMISSIONERS, ) <br> ) <br> Intervenor-Defendant ) | Case 1:21-cv-00097-DLF <br> Assigned Judge: Dabney L. Friedrich |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs American Rivers *et al.* hereby notify the Court and the parties that all claims in this case are dismissed without prejudice.

Respectfully submitted,

Dated: November 19, 2021

*/s/ Anna Sewell*
Anna Sewell (D.C. Bar No. 241861)
Earthjustice
1001 G St. NW Suite 1000
Washington, DC 20001
Tel.: (202) 667-4500 ext. 5233
asewell@earthjustice.org
*Local Counsel for Plaintiffs American Rivers, National Audubon Society, Sierra Club, and Healthy Gulf*

*/s/ Stuart C. Gillespie*
Stuart C. Gillespie (CO Bar No. 42861)
(*pro hac vice pending*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 996-9616
sgillespie@earthjustice.org

*/s/ Jill Heaps*
Jill Heaps (NY Bar No. 4145405)
(*pro hac vice pending*)

*/s/ Sharmeen Morrison*
Sharmeen Morrison (NY Bar No. 5759907)
(*pro hac vice pending*)
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
Tel.: (212) 845-7376
jheaps@earthjustice.org
smorrison@earthjustice.org

*Counsel for Plaintiffs American Rivers, National Audubon Society, Sierra Club, and Healthy Gulf*

## CERTIFICATE OF SERVICE

I, Anna Sewell, certify that on this 19th day of November, 2021, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** through the Court's CM/ECF system which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Dated:  November 19, 2021

*/s/ Anna Sewell*
Anna Sewell (D.C. Bar No. 241861)
Earthjustice
1001 G St. NW Suite 1000
Washington, DC 20001
Tel.: (202) 667-4500 ext. 5233
asewell@earthjustice.org
*Local Counsel for Plaintiffs American Rivers, National Audubon Society, Sierra Club, and Healthy Gulf*